# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO.  5:21-cr-00870 |
| ) | |
| **Plaintiff,** ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Vs. ) | |
| ) | |
| **CODY LITTLETON,** ) | ORDER ADOPTING |
| ) | REPORT AND RECOMMENDATION |
| ) | OF MAGISTRATE JUDGE |
| ) | |
| **Defendant.** ) | |

The above Defendant, accompanied by counsel, proffered a detention hearing before Magistrate Judge Amanda M. Knapp, to the charge in the indictment.

THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Amanda M. Knapp , approves the appearancebond, accepts the Order Setting Conditions of Release, subject to the continued agreement of Defendant's mother to serve as a third-party custodian in accordance with the conditions stated in the Order Setting Conditions of Release and the Defendant endorsing the documents.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
Senior United States District Judge

Dated: October 3, 2022